# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA, KANSAS

| | |
|---|---|
| TYLER BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| CAPSPECIALTY, INC., | ) ) ) |
| Defendant. | ) ) ) |

## COMPLAINT

Plaintiff, by and through counsel, Jeffrey A. Wilson and Dustin L. DeVaughn of DeVaughn James Injury Lawyers, for his claims against the Defendant, alleges and states:

### VENUE AND JURISDICTION

1. Plaintiff, Tyler Brown, is a citizen of the State of Kansas and resides at 420 S. Woodchuck Ln., Wichita, Sedgwick County, Kansas.

2. Defendant, CapSpecialty, Inc., is a domestic business incorporated in the state of Wisconsin. Its principal place of business is also in Wisconsin. It may be served through the Corporation Service Company at 8040 Excelsior Dr., Suite 400, Madison, Wisconsin 53717-2915.

3. This Court has jurisdiction over the parties and the subject matter.

4. This action is brought pursuant to 28 U.S.C. § 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand dollars ($75,000) exclusive of interest and costs.

## A. STATEMENT OF CLAIM

5. At all times relevant herein, Plaintiff was insured under an automobile liability policy with Defendant, Policy No. HS0282784302, that contained underinsured motorist benefits in the amount of $250,000.00.

6. On or about August 7, 2019, an underinsured motorist, James German, negligently operated a motor vehicle causing it to collide with a vehicle being operated by the Plaintiff.

7. Specifically, the underinsured motorist was careless and negligent as follows:

   a. Failure to stop at a stop sign;

   b. Failure to maintain a proper lookout;

   c. Failure to drive with reasonable care;

   d. Failure to maintain control of a motor vehicle;

   e. Careless driving;

   f. Failure to yield; and

   g. Inattentive operation of a motor vehicle.

8. The underinsured motorist's liability insurance company tendered their liability policy limits of $100,000.00. Plaintiff complied with all conditions precedent as required by K.S.A. 40-284(f) and provided defendant with the appropriate documentation and notices.

9. Plaintiff provided Defendant with a time-limited settlement demand on or about April 19, 2021. As of the date of filing this Complaint, Defendant has refused to make any reasonable settlement offer to Plaintiff under the terms of the underinsured motorist coverage. The highest settlement offer received to date from

Defendant is $80,000.00.

10. Since the Defendant failed to pay without just cause or excuse, pursuant to K.S.A. 40-256, Defendant is liable for Plaintiff's attorney fees.

11. The policies of insurance available to Plaintiff are policies given to insure property in this state against loss by fire, tornado, lighting or hail, and as such, the Plaintiffs are allowed mandatory attorney fees pursuant to K.S.A. 40-908.

12. As a result of the negligence of the uninsured motorist, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

**WHEREFORE,** Plaintiff request judgment against Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), attorney fees, costs, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Jeffrey A. Wilson
Jeffrey A. Wilson, #26527
Dustin L. DeVaughn, #16559
3241 N. Toben
Wichita, KS 67226
Telephone: (316)888-8888
Facsimile: (316)425-0414
jeffwilson@devaughnjames.com
ddevaughn@devaughnjames.com
*Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a trial by jury in this matter.

>By: /s/ Jeffrey A. Wilson
>Jeffrey A. Wilson, #26527
>Dustin L. DeVaughn, #16559
>3241 N. Toben
>Wichita, KS 67226
>Telephone: (316)888-8888
>Facsimile: (316)425-0414
>jeffwilson@devaughnjames.com
>ddevaughn@devaughnjames.com
>*Attorneys for Plaintiff*

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates Wichita, Kansas as the place for trial in this matter.

>By: /s/ Jeffrey A. Wilson
>Jeffrey A. Wilson, #26527
>Dustin L. DeVaughn, #16559
>3241 N. Toben
>Wichita, KS 67226
>Telephone: (316)888-8888
>Facsimile: (316)425-0414
>jeffwilson@devaughnjames.com
>ddevaughn@devaughnjames.com
>*Attorneys for Plaintiff*